UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM MORRIS, III,<br>Plaintiff,<br>v.<br>STATE OF WASHINGTON,<br>Defendant. | Case No. C12-0854-MJP<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed plaintiff's civil rights complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint, and this action, are DISMISSED without prejudice pursuant to 28 U.S.C § 1915(e)(2)(B); and

//

//

//

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this _25th_ day of _September_, 2012.

Marsha J. Pechman
United States District Judge